472 A.2d 232

Commonwealth v. Austin, Appellant.

Petition for Allowance of Appeal
Denied June 20, 1984.

Submitted October 3, 1983. Kalvin Kahn, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.